NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000536
21-OCT-2019
09:42 AM

NO. CAAP-18-0000536

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

DL, Plaintiff-Appellant, v.
CL, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 16-1-1014)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Leonard and Hiraoka, JJ.)

Upon consideration of Plaintiff-Appellant's Motion for
Reconsideration, filed on October 17, 2019, and the records and
files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai‘i, October 21, 2019.

On the motion:

Rebecca A. Copeland,
for Plaintiff-Appellant.

Presiding Judge

Associate Judge

Associate Judge